1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                | Case No. 1:24-po-00186-SAB
12 |             Plaintiff,                   | [Citation #E2159481 CA/81]
13 | v.                                       | STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPERANCE AND
14 | LUISJAIME AMBRIZ                         | CONVERT TRIAL DATE TO STATUS CONFERENCE; ORDER
15 |             Defendant.                   | TRIAL DATE:  February 21, 2025
16

17

18      IT IS HEREBY STIPULATED by and between the United States of America, by and through

19 Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, and

20 LuisJaime Ambriz, defendant, that Citation No. E2159481 CA/81 shall be resolved by payment of a

21 fixed-sum in lieu of Mr. Ambriz's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1)

22 and Local Rule Crim. 410.  Specifically, Mr. Ambriz agrees to pay a $100 forfeiture amount and $30

23 processing fee and agrees to pay the amount in full prior to February 21, 2025.  The parties further

24 request that the Court convert the February 21, 2025, trial date to a status conference with the

25 / / /

26 / / /

27 / / /

28 / / /

1 understanding that should Mr. Ambriz pay the forfeiture amount and processing fee before the

2 February 21, 2025, status conference, the matter is resolved, and his appearance will be unnecessary.

4 DATED: December 30, 2024                                Respectfully submitted,

5                                                         PHILLIP A. TALBERT
                                                          United States Attorney

7                                                    By:  /s/ *Jeffrey A. Spivak*
                                                          JEFFREY A. SPIVAK
                                                          Assistant United States Attorney

10 DATED: December 30, 2024                           By:  /s/ *LuisJaime Ambriz*
                                                          LUISJAIME AMBRIZ
11                                                        Pro Se
                                                          Defendant

**O R D E R**

IT IS HEREBY ORDERED that the trial date currently scheduled for February 21, 2025, in Case No. 1:24-po-00186-SAB be converted to a status conference at 10:00 a.m.  If the defendant pays the $100 forfeiture amount and the $30 processing fee prior to the February 21, 2025, status conference, no appearance will be necessary and the matter will be closed, in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge